ef
3-14-08

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AVENTIS PHARMACEUTICALS INC.,
MERRELL PHARMACEUTICALS INC.,
and CARDERM CAPITAL L.P.,

Plaintiffs,

v.

BARR LABORATORIES, INC.,

Defendant.

Civil Action No. 01-3627 (JAG/MCA
Consolidated)

And Coordinated Actions:
No. 02-1322
No. 03-487
No. 03-1179
No. 03-1180
No. 03-5108
No. 03-5829
No. 04-222
No. 04-1064
No. 04-1075
No. 04-1076
No. 04-1077
No. 04-1078
No. 04-1731
No. 04-2305
No. 04-3194
No. 04-3944
No. 05-4255
No. 06-846
No. 06-1277
No. 07-2454

## AMENDED SCHEDULING ORDER

The parties to the above-captioned actions having appeared before the Court, by and through their respective counsel, for a conference on January 18, 2008, and for the reasons set forth on the record and good cause having been shown,

It is on this ⎯11⎯ day of **March** 2008,

**ORDERED THAT:**

1.    The discovery schedule in the following matters coordinated for pre-trial purposes with Civil Action No. 01-3627 (including Nos. 01-3627, 02-1322, 03-487, 03-1179, 03-1180,

03-5108, 03-5829, 04-222, 04-1064, 04-1075, 04-1076, 04-1077, 04-1078, 04-1731, 04-2305,

04-3194, 05-4255, 06-846, 06-1277, 07-2454) is hereby amended and reset as follows:

| | |
|---|---|
| Fact Discovery cut-off: | February 29, 2008 |
| Initial Expert reports: | April 14, 2008 |
| Responsive expert reports: | June 16, 2008 |
| Rebuttal expert reports:<br>(limited to issues of secondary indicia) | July 18, 2008 |
| Complete expert discovery: | September 16, 2008 |

Case 2:01-cv-03627-JAG-MCA      Document 364      Filed 02/01/2008      Page 4 of

2.      The above schedule governs discovery that was properly served within the

discovery period which ended December 15, 2007, and which is presently outstanding in the

above matters coordinated for pre-trial purposes with Civil Action No. 01-3627. No additional

discovery will be noticed on or taken of the parties in those matters.

3.      A telephone conference will be held on ~~March 14, 2008~~ June 9, at 11:30 a.m.

SO ORDERED:

_____

Hon. Madeline Cox Arleo, U.S.M.J.